# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1087–5 | User: snet | Date Created: 6/9/2020 |
| Case: 20–10684 | Form ID: ntcclm | Total: 39 |

**Recipients of Notice of Electronic Filing:**
aty    Gary D. Hammond    gary@okatty.com
aty    Larry D. Lahman    larry.lahman@sbcglobal.net
aty    Vance T. Nye    nye@gungolljackson.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Dale E. Hamm, II    P.O. Box 108    Ringwood, OK 73768
jdb    Tina L. Hamm    P.O. Box 108    Ringwood, OK 73768
tr    Lyle R. Nelson    Two Leadership Square    211 N. Robinson, Ste 1300    Oklahoma City, OK 73102
cr    Stride Bank    fka Central National Bank    P.O. Box 3448    Enid, OK 73702
cr    Cleo State Bank    c/o Larry D. Lahman    202 West Broadway    Enid, OK 73701 UNITED STATES
intp    Tidewater Finance Company    PO Box 13306    Chesapeake, VA 23325
smg    Oklahoma Employment Security Commission    PO Box 53039    Oklahoma City, OK 73152–3039
6432605    Account Management Resources    726 West Sheridan Ave    Oklahoma City, OK 73102
6432606    Aspire Account Services    PO Box 105555    Atlanta, GA 30348–5555
6432607    Bank of America    Po Box 982238    El Paso, TX 79998
6432608    Benuck & Rainey    25 Concord Rd.    Lee, NH 03861
6432612    CNH Industrial Capital    Po Box 3600    Lancaster, PA 17604
6432614    CPS Energy Claims Department    Mail Drop 110902    PO Box 1771    San Antonio, TX 78296
6432609    Campbell, Shaffer & Company, PC    518 W. Maple    Enid, OK 73701
6432610    Capital One Bank    Po Box 30281    Salt Lake City, UT 84130
6432611    Cleo State Bank    S. Square    Cleo Springs, OK 73729
6432613    Community State Bank    PO Box 236    Dover, OK 73734
6432615    Credit One Bank    Po Box 98872    Las Vegas, NV 89193
6432616    Credit Services    Pob 60566    Oklahoma City, OK 73146
6432617    Daryl & Shannon Kuhnemund    16503 W. Rupe    Lahoma, OK 73754
6432618    Farmers Cooperative, Carmen, OK    112 East Main    Carmen, OK 73726
6432619    Ford Motor Credit    Pob 542000    Omaha, NE 68154
6432620    Hadwiger & Jungman, PLLC    120 S. Grand, PO Box 306    Cherokee, OK 73728
6432621    Holiday Inn Club Vacation    8505 W Irlo Bronson Memo    Kissimmee, FL 34747
6432622    JPMorgan Chase    Po Box 15369    Wilmington, DE 19850
6432623    Keynote Consulting    220 West Campus Drive    Arlington Heights, IL 60004
6432624    Republic Bank & Trust    PO 188    Muskogee, OK 74402
6432625    Reynolds, Ridings, Vogt & McCart    101 Park Ave., Ste 1010    Oklahoma City, OK 73102
6432626    Simmons Bank    PO Box 7009    Pine Bluff, AR 71611–7009
6432627    Stewart Title    222 Kempner    PO Box 1540    Galveston, TX 77553
6432629    Stride Bank    301 S. 30th St., Ste. A    Enid, OK 73701
6432628    Stride Bank    324 W Broadway Ave    Enid, OK 73701
6432630    T&B Storage    711 N. Main St.    Ringwood, OK 73768
6432631    Tab Services    Pob 60566    Oklahoma City, OK 73146
6432632    The Bank of Missouri/Aspire    PO Box 659705    West Des Moines, IA 50265
6432633    Velocity Investments, LLC    1800 Route 34 N., Ste. 404A    Wall, NJ 07719–9147

TOTAL: 36